**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____  Chapter __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                   4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Fresh Alternatives, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  Crispers** <br> **DBA  Crispers LLC** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **90-0728197** |

4. **Debtor's address**

**Principal place of business**

**1476 Town Center Drive, Suite 219**
**Lakeland, FL 33803**
Number, Street, City, State & ZIP Code

**Polk**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)   **www.crispers.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Fresh Alternatives, LLC** _____     Case number (*if known*) _____
         Name

**7.  Describe debtor's business**       A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**       *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

| Debtor | **Fresh Alternatives, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

■ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

■ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** **See attached list of properties.**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

■ Yes.   Insurance agency   **Bridgefield Employers Ins. and Old Dominion Insur.**

Contact name   **Acentria, Inc.; Kathleen Jones**

Phone   **813-689-0021**

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Fresh Alternatives, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 20, 2019**
MM / DD / YYYY

**X** **/s/ Phil Birkhold**                                      **Phil Birkhold**
Signature of authorized representative of debtor          Printed name

Title    **Chief Operating Officer**

**18. Signature of attorney**

**X** **/s/ Bradley S. Shraiberg**                    Date   **June 20, 2019**
Signature of attorney for debtor                            MM / DD / YYYY

**Bradley S. Shraiberg 121622**
Printed name

**Shraiberg Landau & Page PA**
Firm name

**2385 NW Executive Center Dr**
**Suite 300**
**Boca Raton, FL 33431**
Number, Street, City, State & ZIP Code

Contact phone    **561 443 0800**       Email address    **bss@slp.law**

**121622 FL**
Bar number and State

## **Petition #12**

Addresses for properties that contain perishable items:

- 1476 Town Center Dr., Lakeland, FL 33803
- 217 North Kentucky Ave, Lakeland, FL 33801
- 1568 Town Center Dr., Lakeland, FL 33803
- 1754 E. Hwy 50, Clermont, FL 34711
- 410 Citi Centre Street, Winter Haven, FL 33880
- 11019 Causeway Blvd, Brandon, FL 33511
- 620 Commerce Center Dr., #101, Jacksonville, FL 32225

**Fill in this information to identify the case:**

Debtor name    **Fresh Alternatives, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*
- ■ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
- ■ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
- ■ *Schedule H: Codebtors (Official Form 206H)*
- ■ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
- ■ Other document that requires a declaration    **Statement of Financial Affairs**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 19, 2019**          x _____
                                        Signature of individual signing on behalf of debtor

                                        **Phil Birkhold**
                                        Printed name

                                        **Chief Operating Officer**
                                        Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Fresh Alternatives, LLC** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Annie D. Rye 15820 Rye Lane Tampa, FL 33625** | | | | | | $7,361.46 |
| **Banyan Equity Investors II, Inc. 1111 Brickell Ave Suite 1300 Miami, FL 33131** | | | | $750,000.00 | $378,766.41 | $371,233.59 |
| **Banyan Mezzanine Fund II, LP 1111 Brickell Ave Suite 1300 Miami, FL 33131** | | UCC | | $4,000,000.00 | $378,766.41 | $3,621,233.59 |
| **Brixmor GA Cobblestone Village at Royal Palm Beach, LLC 305 State Rd 312 Saint Augustine, FL 32086** | | 7th Judicial Circuit - St. Johns County Case No. CA 19-0547 | | | | $68,958.84 |
| **Casto-Oakbridge Venture, LTD C/O Casto P.O. Box 1450 Cleveland, OH 43216** | | Corp. Office | | | | $4,721.48 |
| **Casto-Oakbridge Venture, LTD C/O Casto P.O. Box 1450 Cleveland, OH 43216** | | Store #001 | | | | $16,662.67 |
| **Centro GA Cobblestone Village at St. Aug PO Box 713460 Cincinnati, OH 45271-3460** | | | | | | $58,025.60 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

Debtor   **Fresh Alternatives, LLC**                                              Case number *(if known)*  _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **CH Retail Fund I/Tampa Brandon LLC c/o Inwood National Bank PO Box 852664 Richardson, TX 75085** | | | | | | **$16,455.90** |
| **DDRTC Market Place LLC Dept. 107847 30394 20274 P.O. Box 534410 Atlanta, GA 30353-4410** | | | | | | **$44,255.70** |
| **Downtown Discount Produce 7856 Ellis Road Melbourne, FL 32904** | | | | | | **$10,077.97** |
| **Jolito, Inc. dba SSI Services 333 N. Falkenburg Rd Ste B223 Tampa, FL 33619** | | | | | | **$9,031.46** |
| **KRG Northdale, LLC Attn Property Accountant Northdale Promenade PO Box 743810 Atlanta, GA 30374-3810** | | | | | | **$38,313.06** |
| **Lakeland Electric P.O. Box 32006 Lakeland, FL 33802-2006** | | | | | | **$3,628.02** |
| **Lucas Clermont Limited PA Nat'l Assn Account #4260602807 P.O. Box 1450 Columbus, OH 43216** | | | | | | **$9,295.22** |
| **Retail Equities LLC 1 Sleiman Parkway Suite 250 Jacksonville, FL 32216** | | | | | | **$4,076.17** |

| Debtor | **Fresh Alternatives, LLC** | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **SUSO 4 North Branch LP Keybank Lockbox Operations PO Box 74773 Cleveland, OH 44194-4773** | | | | | | **$62,171.87** |
| **University Park - Phase I Associates P.O. Box 5148 Winter Park, FL 32793-5148** | | | | | | **$65,797.86** |
| **Walton Signage, Ltd. c/o Pulman Cappuccio & Pullen, LLP 2161 NW Military Hwy, # 400 San Antonio, TX 78213** | | | **Disputed** | | | **$10,550.36** |
| **Waterford Lakes Town Center, LLC Simon Property Group, LP MSC#7557 Dept #CC002194 PO Box 415000 Nashville, TN 37241-7557** | | **9th Judicial Circuit - Orange County Case No. 2019-CA-5083** | | | | **$69,590.16** |
| **Winter Haven Citi Centre c/o Schmier& Feurring Properties, Inc. 2200 Butts Rd, Suite #300 Boca Raton, FL 33431** | | | | | | **$22,170.65** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Fresh Alternatives, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

     1a. **Real property:**
       Copy line 88 from *Schedule A/B*.................................................................................................... $          **0.00**

     1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*................................................................................................. $      **378,766.41**

     1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*.................................................................................................. $      **378,766.41**

| Part 2: | Summary of Liabilities |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $    **4,816,000.00**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

     3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $          **0.00**

     3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$     **533,790.12**

4.    **Total liabilities** ..........................................................................................................................
     Lines 2 + 3a + 3b

   $    **5,349,790.12**

**Fill in this information to identify the case:**

Debtor name    **Fresh Alternatives, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:     Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$5,500.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.    **Suntrust Bank** | **Checking** | **8056** | **$97,795.76** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    |    **$103,295.76**

**Part 2:     Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1.    **City of Lakeland Utility Deposit - Lakeside Village** | **$4,000.00** |
|---|---|
| 7.2.    **City of Lakeland Utility Deposit - Downtown Lakeland** | **$2,500.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Fresh Alternatives, LLC** | | Case number *(If known)* | |
| | Name | | | |

| | | | |
|---|---|---|---|
| 7.3. | **City of Clermont Deposit - Water** | | $100.00 |
| 7.4. | **Progress Energy Deposit - Electric** | | $5,000.00 |
| 7.5. | **Tampa Electric Deposit - Brandon** | | $4,200.00 |
| 7.6. | **Tampa Electric Deposit - Brandon** | | $4,000.00 |
| 7.7. | **City of Winter Haven Deposit - Garbage** | | $2,200.00 |
| 7.8. | **Jax Electric Authority Deposit - Utilities** | | $9,761.80 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

| | $31,761.80 |
|---|---|

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less:     49,617.39      -                0.00    =....          $49,617.39
                    face amount              doubtful or uncollectible accounts

11b. Over 90 days old:        15,724.61      -                0.00    =....          $15,724.61
                    face amount              doubtful or uncollectible accounts

12. **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| | $65,342.00 |
|---|---|

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Debtor | **Fresh Alternatives, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

---

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials** | | | | |
| 20.    **Work in progress** | | | | |
| 21.    **Finished goods, including goods held for resale** | | | | |
| 22.    **Other inventory or supplies** **Inventory: Food and paper supplies** | 6/8/2019 | $73,143.22 | Purchase Price | $73,143.22 |

| | |
|---|---|
| 23.    **Total of Part 5.** Add lines 19 through 22.  Copy the total to line 84. | $73,143.22 |

24. **Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    **Office furniture** | | | |
| 40.    **Office fixtures** | | | |
| 41.    **Office equipment, including all computer equipment and communication systems equipment and software** **7 Laptops, 5 LED/LCD display monitors, LexMark XM3150 copier/scanner, 4 mahogany cases, 19' LCD monitor, MS Surface Pro 3/128G i5, Office365 migration, office desk,** | $34,298.33 | | $34,298.33 |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **Fresh Alternatives, LLC**                                    Case number *(If known)* _____
          <sub>Name</sub>

> **oven, POS server and terminal, POS terminal
> w/ warranty, projector, 3 scanners, security
> cage 25x42x18, 9 security cameras, server,
> server - Dell CTO PE R230 E3-123, shelf and
> post kit, shelving, signage, software - corp.
> backup, Microsoft software, 2 tablets, tools,
> turbo oven, 42' TV 720p, Valutec cutter and
> accessories, vent catalyst service kit.**

42.     **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
        books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
        collections; other collections, memorabilia, or collectibles

43.     **Total of Part 7.**                                                          | $34,298.33 |
        Add lines 39 through 42.  Copy the total to line 86.

44.     **Is a depreciation schedule available for any of the property listed in Part 7?**
        ■ No
        ☐ Yes

45.     **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

**Part 8:     Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.     **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **(5) 2006 Scion XB's<br>VIN #'s : JTLKE50EX81018678,<br>JTLKE50E281026564,<br>JTLKE50E481044600,<br>JTLKE50E481026578,<br>JTLKE50E481034066** | **$1,000.00** | | **$1,000.00** |
| 47.2.   **2006 Ford Econoline<br>VIN #: 1FTNS24L96HA40054** | **$1,742.66** | | **$1,742.66** |

48.     **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
        floating homes, personal watercraft, and fishing vessels

49.     **Aircraft and accessories**

50.     **Other machinery, fixtures, and equipment (excluding farm
        machinery and equipment)**

51.     **Total of Part 8.**                                                          | $2,742.66 |
        Add lines 47 through 50.  Copy the total to line 87.

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 4

| Debtor | **Fresh Alternatives, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
- ☐ No
- ☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

<h3 style="background:black;color:white">Part 9:</h3> **Real property**

**54. Does the debtor own or lease any real property?**

- ☑ No. Go to Part 10.
- ☐ Yes Fill in the information below.

<h3 style="background:black;color:white">Part 10:</h3> **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

- ☐ No. Go to Part 11.
- ☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** **Trademark: Menu & Online Screen, Serial No. 76/535565 / Registration No. 2857718** | **Unknown** | | **Unknown** |
| | **Trademark: Sandwich Wrapper & Soup Container, Serial No. 77/042671, Registration No. 3382510** | **Unknown** | | **Unknown** |
| | **Trademark: Smoothie Glass, Serial No. 77/386645, Registration No. 3495703** | **Unknown** | | **Unknown** |
| | **Trademark: Milkshake Glass, Serial No. 77/386630, Resistration No. 3575037** | **Unknown** | | **Unknown** |
| 61. | **Internet domain names and websites** **www.crispers.com** | **Unknown** | | **Unknown** |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** **Mailing list for its loyalty club (contains name, e-mail, phone number, date of birth)** | **Unknown** | | **Unknown** |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** **Goodwill** | **$68,182.64** | | **$68,182.64** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **Fresh Alternatives, LLC**                                      Case number *(If known)* _____
          Name

66.  **Total of Part 10.**                                                                    | $68,182.64 |

     Add lines 60 through 65. Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)?
     ☐ No
     ■ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
     ■ No
     ☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 11: | All other assets |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Fresh Alternatives, LLC**                                    Case number *(If known)* _____
Name

---

**Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $103,295.76 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $31,761.80 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $65,342.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $73,143.22 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $34,298.33 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $2,742.66 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $68,182.64 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $378,766.41 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $378,766.41 |

---

**Fill in this information to identify the case:**

Debtor name    **Fresh Alternatives, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ■ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1**   **Banyan Equity**<br>Creditor's Name<br>**Investors II, Inc.**<br>**1111 Brickell Ave**<br>**Suite 1300**<br>**Miami, FL 33131**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br><br>**Describe the lien** | $750,000.00 | $378,766.41 |

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known _____

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.2**   **Banyan Mezzanine Fund II, LP**<br>Creditor's Name<br>**1111 Brickell Ave**<br>**Suite 1300**<br>**Miami, FL 33131**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**UCC**<br><br>**Describe the lien** | $4,000,000.00 | $378,766.41 |

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known _____

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Fresh Alternatives, LLC**                    Case number *(if know)* _____
         Name

- ■ **No**
- ☐ **Yes.** Specify each creditor, including this creditor and its relative priority.

| | | |
|---|---|---|
| ☐ Contingent | | |
| ☐ Unliquidated | | |
| ☐ Disputed | | |

---

| 2.3 | **US Foods, Inc.** | Describe debtor's property that is subject to a lien | $66,000.00 | $378,766.41 |
|---|---|---|---|---|

Creditor's Name

**7004 E. Hanna Ave
Tampa, FL 33610**

Creditor's mailing address                    _____

**Describe the lien
UCC**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $4,816,000.00 |
|---|---|---|

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 2 of 2

**Fill in this information to identify the case:**

Debtor name   **Fresh Alternatives, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

2.1 — Priority creditor's name and mailing address
**Florida Department of Revenue**
**P.O. Box 6668**
**Tallahassee, FL 32314-6668**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **Unknown**    Priority amount **Unknown**

Date or dates debt was incurred

Basis for the claim:
**For Information Purposes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

2.2 — Priority creditor's name and mailing address
**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **Unknown**    Priority amount **Unknown**

Date or dates debt was incurred

Basis for the claim:
**For Information Purposes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | **Fresh Alternatives, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
| | **Internal Revenue Service** **Attn: Special Procedures** **P.O. Box 34045** **Stop 572** **Jacksonville, FL 32202** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **For Information Purposes** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
| | **Office of Attorney General** **State of Florida** **The Capitol PL-01** **Tallahassee, FL 32399-1050** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **For Information Purposes** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
| | **SEC Headquarters** **100 F Street, NE** **Washington, DC 20549** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **For Information Purposes** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
| | **Securities and Exchange Commission** **801 Brickell Ave., Suite 1800** **Miami, FL 33131** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **For Information Purposes** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

Debtor   **Fresh Alternatives, LLC**                                   Case number (if known) _____
         Name

| | | |
|---|---|---|

**2.7** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**
| **United States Attorney General's Office** | *Check all that apply.*
| **US Department of Justice** | ☐ Contingent
| **950 Pennsylvania Avenue** | ☐ Unliquidated
| **Washington, DC 20530-0001** | ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Information Purposes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.8** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**
| **US Attorney Southern District of Florida** | *Check all that apply.*
| **500 South Australian Avenue** | ☐ Contingent
| **Suite 400** | ☐ Unliquidated
| **West Palm Beach, FL 33401** | ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Information Purposes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,361.46**
| **Annie D. Rye**
| **15820 Rye Lane** | ☐ Contingent
| **Tampa, FL 33625** | ☐ Unliquidated
| **Date(s) debt was incurred** _ | ☐ Disputed
| **Last 4 digits of account number** _ | Basis for the claim: _
| | Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$68,958.84**
| **Brixmor GA**
| **Cobblestone Village** | ☐ Contingent
| **at Royal Palm Beach, LLC** | ☐ Unliquidated
| **305 State Rd 312** | ☐ Disputed
| **Saint Augustine, FL 32086** | Basis for the claim: **7th Judicial Circuit - St. Johns County**
| **Date(s) debt was incurred** _ | **Case No. CA 19-0547**
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,662.67**
| **Casto-Oakbridge Venture, LTD**
| **C/O Casto** | ☐ Contingent
| **P.O. Box 1450** | ☐ Unliquidated
| **Cleveland, OH 43216** | ☐ Disputed
| **Date(s) debt was incurred** _ | Basis for the claim: **Store #001**
| **Last 4 digits of account number  3030** | Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Fresh Alternatives, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,721.48**

**Casto-Oakbridge Venture, LTD**
**C/O Casto**
**P.O. Box 1450**
**Cleveland, OH 43216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Corp. Office__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$58,025.60**

**Centro GA Cobblestone Village at St. Aug**
**PO Box 713460**
**Cincinnati, OH 45271-3460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number __3657__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,455.90**

**CH Retail Fund I/Tampa Brandon LLC**
**c/o Inwood National Bank**
**PO Box 852664**
**Richardson, TX 75085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number __Fresh Alternatives__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$389.98**

**City of Clermont**
**685 W. Montreat Street**
**Clermont, FL 34711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number __6694__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$128.40**

**Cloud Cover Media Inc.**
**999 N. Pacific Coast Hwy**
**Suite 500**
**El Segundo, CA 90245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number __Fresh Alternatives__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$332.63**

**Cozzini Brothers, Inc.**
**350 Howard Avenue**
**Des Plaines, IL 60018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number __3812__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$44,255.70**

**DDRTC Market Place LLC**
**Dept. 107847 30394 20274**
**P.O. Box 534410**
**Atlanta, GA 30353-4410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number __749__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Fresh Alternatives, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,077.97 |
|---|---|---|---|

**Downtown Discount Produce**
7856 Ellis Road
Melbourne, FL 32904

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  SP01,SP02,SP05,SP11,SP18**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

**Facility Concepts**
7676 Zionsville Road
Indianapolis, IN 46268

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  land**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,676.59 |
|---|---|---|---|

**Frank Gay Plumbing, Inc.**
6206 Forest City Road
Orlando, FL 32810

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  79**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $887.03 |
|---|---|---|---|

**ISI Commercial Refrigeration, Inc.**
P.O. Box 654020
Dallas, TX 75265-4020

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  2712**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,031.46 |
|---|---|---|---|

**Jolito, Inc. dba SSI Services**
333 N. Falkenburg Rd
Ste B223
Tampa, FL 33619

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  Crispers Corporate**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $38,313.06 |
|---|---|---|---|

**KRG Northdale, LLC**
**Attn Property Accountant**
**Northdale Promenade**
PO Box 743810
Atlanta, GA 30374-3810

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  3648**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,628.02 |
|---|---|---|---|

**Lakeland Electric**
P.O. Box 32006
Lakeland, FL 33802-2006

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  2508**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Fresh Alternatives, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$475.00** |
|---|---|---|---|

**Leland E. Hicks**
**9218 Metcalf Avenue**
**#311**
**Overland Park, KS 66212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **AMPA**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,295.22** |
|---|---|---|---|

**Lucas Clermont Limited PA**
**Nat'l Assn Account #4260602807**
**P.O. Box 1450**
**Columbus, OH 43216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **213**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$737.81** |
|---|---|---|---|

**Miller Safe & Lock, Inc.**
**630 N Gary Road**
**Lakeland, FL 33801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **Crispers Retaurant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$566.36** |
|---|---|---|---|

**National Exemption Service**
**P.O. BOX 9020**
**Clearwater, FL 33758-9020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **8774**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,025.40** |
|---|---|---|---|

**National Janitorial Solutions, Inc.**
**14000 Commerce Parkway**
**Suite C**
**Mount Laurel, NJ 08054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account
number **Crispers, LLC Corporate**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45.42** |
|---|---|---|---|

**Office Depot**
**P.O. Box 633204**
**Cincinnati, OH 45263-3204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **789**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,337.74** |
|---|---|---|---|

**Pepsi - Cola**
**Lockbox # 841828**
**Dallas, TX 75284-1828**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account
number **9037,9597,8992,8994,8993,9047**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Fresh Alternatives, LLC**
_____
Name

Case number _(if known)_ _____

| | | |
|---|---|---|
| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ |
| | **Protected Trust, LLC** | ☐ Contingent |
| | **P O Box 111** | ☐ Unliquidated |
| | Date(s) debt was incurred _ | ☐ Disputed |
| | Last 4 digits of account number **Fresh Alternatives** | Basis for the claim: _ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

**$216.00**

| | | |
|---|---|---|
| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ |
| | **Retail Equities LLC** | ☐ Contingent |
| | **1 Sleiman Parkway** | ☐ Unliquidated |
| | **Suite 250** | ☐ Disputed |
| | **Jacksonville, FL 32216** | |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number **7010** | Is the claim subject to offset? ■ No ☐ Yes |

**$4,076.17**

| | | |
|---|---|---|
| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ |
| | **Royal Cup** | ☐ Contingent |
| | **PO BOX 841000** | ☐ Unliquidated |
| | **Dallas, TX 75284-1000** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number **4151** | Is the claim subject to offset? ■ No ☐ Yes |

**$763.17**

| | | |
|---|---|---|
| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ |
| | **SUSO 4 North Branch LP** | ☐ Contingent |
| | **Keybank Lockbox Operations** | ☐ Unliquidated |
| | **PO Box 74773** | ☐ Disputed |
| | **Cleveland, OH 44194-4773** | |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number **Fresh Alternatives** | Is the claim subject to offset? ■ No ☐ Yes |

**$62,171.87**

| | | |
|---|---|---|
| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ |
| | **The Garden Wholesale** | ☐ Contingent |
| | **5400 Longleaf Street** | ☐ Unliquidated |
| | **Jacksonville, FL 32209** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number **Crispers** | Is the claim subject to offset? ■ No ☐ Yes |

**$284.15**

| | | |
|---|---|---|
| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ |
| | **University Park - Phase I Associates** | ☐ Contingent |
| | **P.O. Box 5148** | ☐ Unliquidated |
| | **Winter Park, FL 32793-5148** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number **Fresh Alternatives** | Is the claim subject to offset? ■ No ☐ Yes |

**$65,797.86**

| | | |
|---|---|---|
| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ |
| | **Walton Signage, Ltd.** | |
| | **c/o Pulman Cappuccio** | ☐ Contingent |
| | **& Pullen, LLP** | ☐ Unliquidated |
| | **2161 NW Military Hwy, # 400** | ■ Disputed |
| | **San Antonio, TX 78213** | |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

**$10,550.36**

| Debtor | **Fresh Alternatives, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $379.00 |
|---|---|---|---|

**Waste Connections of Florida**
PO Box 742695
Cincinnati, OH 45274-2695

Date(s) debt was incurred _

Last 4 digits of account number  **3189,5069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $393.50 |
|---|---|---|---|

**Waste Pro USA - Jacksonville**
PO Box 865200
Orlando, FL 32886-5200

Date(s) debt was incurred _

Last 4 digits of account number  **7090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7.49 |
|---|---|---|---|

**Water Boy Inc**
4454 19th Street Ct E
Bradenton, FL 34203-3775

Date(s) debt was incurred _

Last 4 digits of account number  **4503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $69,590.16 |
|---|---|---|---|

**Waterford Lakes Town Center, LLC**
Simon Property Group, LP
MSC#7557 Dept #CC002194
PO Box 415000
Nashville, TN 37241-7557

Date(s) debt was incurred _

Last 4 digits of account number  **Fresh Alternatives**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **9th Judicial Circuit - Orange County
Case No. 2019-CA-5083**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $22,170.65 |
|---|---|---|---|

**Winter Haven Citi Centre**
c/o Schmier& Feurring Properties, Inc.
2200 Butts Rd, Suite #300
Boca Raton, FL 33431

Date(s) debt was incurred _

Last 4 digits of account number  **Fresh Alternatives**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Brixmor GA Cobblestone Village at Royal Palm Beach, LLC** c/o Shumaker Look & Kendrick, LLP 100 E. Kennedy Blvd Tampa, FL 33602 | Line  **3.2** <br> ☐ Not listed. Explain ____ | _ |
| 4.2 | **Simon Property Group, LP** MSC#7557 DEPT#CC002194 PO Box 41500 Nashville, TN 37241-7557 | Line  **3.35** <br> ☐ Not listed. Explain ____ | _ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Fresh Alternatives, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **Walton Signage, Ltd.**<br>**d/b/a Walton Signage**<br>**10101 Reunion Place, #500**<br>**San Antonio, TX 78216** | Line  **3.31**<br><br>☐  Not listed. Explain ____ | _ |
| 4.4 | **Waterford Lakes Town Center, LLC**<br>**c/o David L. Gold, Esq.**<br>**Goldberg Segalla, LLP**<br>**777 Brickell Ave, Ste 1370**<br>**Miami, FL 33131** | Line  **3.35**<br><br>☐  Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b.  + | $ | 533,790.12 |
| 5c. Total of Parts 1 and 2<br>    Lines 5a + 5b = 5c. | 5c. | $ | 533,790.12 |

**Fill in this information to identify the case:**

Debtor name    **Fresh Alternatives, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest    **Lease**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Annie D. Rye**<br>**15820 Rye Lane**<br>**Tampa, FL 33625** |
| 2.2.    State what the contract or lease is for and the nature of the debtor's interest    **Restaurant Lease**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Casto-Oakbridge Venture, LTD**<br>**C/O Casto**<br>**P.O. Box 1450**<br>**Cleveland, OH 43216** |
| 2.3.    State what the contract or lease is for and the nature of the debtor's interest    **Office Lease**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Casto-Oakbridge Venture, LTD**<br>**C/O Casto**<br>**P.O. Box 1450**<br>**Cleveland, OH 43216** |
| 2.4.    State what the contract or lease is for and the nature of the debtor's interest    **Lease**<br><br>State the term remaining<br><br>List the contract number of any government contract | **CH Retail Fund I/Tampa Brandon LLC**<br>**c/o Inwood National Bank**<br>**PO Box 852664**<br>**Richardson, TX 75085** |

Debtor 1    **Fresh Alternatives, LLC**                                               Case number *(if known)* _____

     First Name        Middle Name        Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest | **Lease** |
| State the term remaining | **Lucas Clermont Limited PA** |
| List the contract number of any government contract | **Nat'l Assn Account #4260602807** |
| | **P.O. Box 1450** |
| | **Columbus, OH 43216** |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest | **Lease** |
| State the term remaining | **Retail Equities LLC** |
| List the contract number of any government contract | **1 Sleiman Parkway** |
| | **Suite 250** |
| | **Jacksonville, FL 32216** |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest | **Phone, internet and network support.** |
| State the term remaining | **Windstream Corporation** |
| List the contract number of any government contract | **4001 N Rodney Parham Rd** |
| | **Little Rock, AR 72212** |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest | **Lease** |
| State the term remaining | **Winter Haven Citi Centre** |
| List the contract number of any government contract | **c/o Schmier& Feurring Properties, Inc.** |
| | **2200 Butts Rd, Suite #300** |
| | **Boca Raton, FL 33431** |

**Fill in this information to identify the case:**

Debtor name    **Fresh Alternatives, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|---|
| 2.1 | | | | | | ☐ D<br>☐ E/F<br>☐ G |
| | | Street | | | | |
| | | City | State | Zip Code | | |
| 2.2 | | | | | | ☐ D<br>☐ E/F<br>☐ G |
| | | Street | | | | |
| | | City | State | Zip Code | | |
| 2.3 | | | | | | ☐ D<br>☐ E/F<br>☐ G |
| | | Street | | | | |
| | | City | State | Zip Code | | |
| 2.4 | | | | | | ☐ D<br>☐ E/F<br>☐ G |
| | | Street | | | | |
| | | City | State | Zip Code | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Fresh Alternatives, LLC**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2019** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$4,361,913.00** |
| **For prior year:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$15,361,589.00** |
| **For year before that:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **$20,069,697.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2019** to **Filing Date** | **Utility Deposit - Interest Income** | **$593.00** |
| **For prior year:**<br>From  **1/01/2018** to **12/31/2018** | **Utility Deposit - Interest Income** | **$3,042.00** |
| **For year before that:**<br>From  **1/01/2017** to **12/31/2017** | **Utility Deposit - Interest Income** | **$3,374.00** |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **Fresh Alternatives, LLC**                                          Case number *(if known)*

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.    **See Attached Exhibit "A"** | | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and<br>address | Status of case |
|---|---|---|---|
| 7.1.    **Brixmor GA Cobblestone Village at Royal Palm Beach, LLC v. Fresh Alternatives, LLC**<br>**CA19-0547** | **Civil** | **7th Judicial Circuit - Duval County**<br>**101 N. Alabama Ave**<br>**Deland, FL 32724** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

| Debtor | **Fresh Alternatives, LLC** | Case number *(if known)* | |
|---|---|---|---|

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | **Waterford Lakes Town Center, LLC v. Fresh Alternatives, LLC**<br>**2019-CA-5083** | Civil | **9th Circuit Court - Orange County**<br>**425 N. Orange Ave**<br>**Orlando, FL 32801** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Shraiberg Landau & Page PA**<br>**2385 NW Executive Center Dr**<br>**Suite 300**<br>**Boca Raton, FL 33431** | **Attorney Fees** | **5/31/2019;**<br>**6/19/2019** | **$49,500.00** |
| | Email or website address<br>**bss@slp.law** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Fresh Alternatives, LLC** | Case number *(if known)* | |
|---|---|---|---|

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Name and email**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **401(k) - non matching (discontinued for minimal participation)** | EIN: |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **Fresh Alternatives, LLC**                                           Case number *(if known)*

Has the plan been terminated?
☐ No
■ Yes

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

## Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Fresh Alternatives, LLC** | | Case number *(if known)* | |

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and<br>address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1. **Crispers, LLC**<br>**1476 Town Center Drive,**<br>**Suite 219**<br>**Lakeland, FL 33803** | **None - disregarded entity** | EIN:     **82-0555311**<br><br>From-To    **6/24/2002 - Present** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Calvin Sellers** | **7/8/2011 - 1/13/2017** |
| 26a.2.  **Maria Cosimo** | **7/11/2011 - 5/31/2019** |
| 26a.3.  **Samantha Cruz** | **7/7/2008 - 4/27/2019** |
| 26a.4.  **Rebecca Anne Ross** | **8/21/2017 - 1/26/2019** |
| 26a.5.  **Todd Michell** | **1/28/2019 - Present** |

| Debtor | **Fresh Alternatives, LLC** | Case number *(if known)* |
|---|---|---|

| Name and address | Date of service From-To |
|---|---|
| 26a.6.    **Sally Hampton** | **11/6/2018 - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **Winter Park Town Center** **510 Orlando Ave** **Winter Park, FL 32789** |
| 26d.2.    **US Foods** **7004 E. Hanna Ave** **Tampa, FL 33610** |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Phil Birkhold** | **1476 Town Center Drive, Suite 219 Lakeland, FL 33803** | **Chief Operating Officer** | |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **William Radebaugh** | **1476 Town Center Drive, Suite 219 Lakeland, FL 33803** | **Chief Executive Officer** | **11/18/2016 - 2/15/2019** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Fresh Alternatives, LLC**                                    Case number *(if known)*

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|--------------------------------------------------|
| **Michalis Stavrinides** | **1111 Brickell Ave, Suite 1300 Miami, FL 33131** | **Manager** | **Through 6/19/2019** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ■ No
    ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

    ■ No
    ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

    ■ No
    ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|--------------------------|----------------------------------------------------------|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 20, 2019**

**/s/ Phil Birkhold**                                    **Phil Birkhold**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Chief Operating Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

**SOFA, #3 - EXHIBIT A**

| Check # | Check Date | Payee | Check Amount |
|---|---|---|---|
| 20718 | 03/21/19 | Accountemps | $6,030.37 |
| 20746 | 03/28/19 | Accountemps | $6,199.92 |
| 20787 | 04/11/19 | Accountemps | $3,149.51 |
| 20819 | 04/18/19 | Accountemps | $2,957.45 |
| 20839 | 04/25/19 | Accountemps | $2,140.74 |
| 20865 | 05/02/19 | Accountemps | $3,198.20 |
| 20881 | 05/09/19 | Accountemps | $2,520.00 |
| 20972 | 05/16/19 | Accountemps | $2,520.00 |
| 21005 | 05/23/19 | Accountemps | $4,536.63 |
| 21038 | 05/31/19 | Accountemps | $5,040.95 |
| 21056 | 06/06/19 | Accountemps | $2,464.56 |
| | | **Accountemps Total** | **$40,758.33** |
| 20719 | 03/21/19 | Acentria Insurance | $3,563.44 |
| 20784 | 04/08/19 | Acentria Insurance | $3,563.44 |
| 21006 | 05/23/19 | Acentria Insurance | $3,563.44 |
| | | **Acentria Insurance Total** | **$10,690.32** |
| 20762 | 04/04/19 | American Water Services Inc. | $197.53 |
| 20820 | 04/18/19 | American Water Services Inc. | $246.31 |
| | | **American Water Services Inc. Total** | **$443.84** |
| 20756 | 04/01/19 | Annie D. Rye | $7,361.46 |
| 20855 | 05/01/19 | Annie D. Rye | $7,361.46 |
| | | **Annie D. Rye Total** | **$14,722.92** |
| 20763 | 04/04/19 | Avalara | $240.00 |
| 20840 | 04/25/19 | Avalara | $18.00 |
| | | **Avalara Total** | **$258.00** |
| 20788 | 04/11/19 | Bellcurve Technology | $1,307.49 |
| 20882 | 05/09/19 | Bellcurve Technology | $571.13 |
| 21083 | 06/06/19 | Bellcurve Technology | $771.56 |
| | | **Bellcurve Technology Total** | **$2,650.18** |
| 20747 | 03/28/19 | Blue Cross and Blue Shield o | $25,614.21 |
| 20866 | 05/02/19 | Blue Cross and Blue Shield o | $8,598.89 |
| 21007 | 05/23/19 | Blue Cross and Blue Shield o | $7,327.79 |
| 21084 | 06/10/19 | Blue Cross and Blue Shield o | $17,010.21 |
| | | **Blue Cross and Blue Shield o Total** | **$58,551.10** |
| 20720 | 03/21/19 | Bob Mckee Tax Collector | $4,162.65 |
| | | **Bob Mckee Tax Collector Total** | **$4,162.65** |
| 20789 | 04/11/19 | Boring Business Systems | $85.45 |
| 20841 | 04/25/19 | Boring Business Systems | $85.45 |
| 21057 | 06/06/19 | Boring Business Systems | $170.90 |
| | | **Boring Business Systems Total** | **$341.80** |
| 20721 | 03/21/19 | Bridgefield Employers Ins. C | $1,696.69 |
| | | **Bridgefield Employers Ins. C Total** | **$1,696.69** |
| 20764 | 04/04/19 | Bright House Networks | $119.22 |
| 20821 | 04/18/19 | Bright House Networks | $261.35 |
| 20867 | 05/02/19 | Bright House Networks | $11.69 |
| 21058 | 06/06/19 | Bright House Networks | $119.22 |
| | | **Bright House Networks Total** | **$511.48** |
| 20790 | 04/11/19 | Card and Form Solutions | $471.87 |
| 20822 | 04/18/19 | Card and Form Solutions | $131.90 |
| 20973 | 05/16/19 | Card and Form Solutions | $131.90 |
| | | **Card and Form Solutions Total** | **$735.67** |

| | | | |
|---|---|---|---|
| 20748 | 03/28/19 | Casto-Oakbridge Venture, LTD | $617.10 |
| 20755 | 04/01/19 | Casto-Oakbridge Venture, LTD | $21,384.15 |
| 20823 | 04/18/19 | Casto-Oakbridge Venture, LTD | $368.81 |
| 20854 | 05/01/19 | Casto-Oakbridge Venture, LTD | $21,384.15 |
| 20974 | 05/16/19 | Casto-Oakbridge Venture, LTD | $322.06 |
| 21059 | 06/06/19 | Casto-Oakbridge Venture, LTD | $381.31 |
| | | **Casto-Oakbridge Venture, LTD Total** | $44,457.58 |
| 21039 | 05/31/19 | CBIZ, Inc. | $15,300.00 |
| | | **CBIZ, Inc. Total** | $15,300.00 |
| 20759 | 04/01/19 | CH Retail Fund I/Tampa Brand | $16,455.90 |
| 20858 | 05/01/19 | CH Retail Fund I/Tampa Brand | $16,455.90 |
| | | **CH Retail Fund I/Tampa Brand Total** | $32,911.80 |
| 20722 | 03/21/19 | Cintas Corporation | $118.28 |
| 20765 | 04/04/19 | Cintas Corporation | $2,355.28 |
| 20791 | 04/11/19 | Cintas Corporation | $940.86 |
| 20842 | 04/25/19 | Cintas Corporation | $2,228.78 |
| 20883 | 05/09/19 | Cintas Corporation | $40.04 |
| 20975 | 05/16/19 | Cintas Corporation | $2,123.31 |
| 21060 | 06/06/19 | Cintas Corporation | $1,874.88 |
| | | **Cintas Corporation Total** | $9,681.43 |
| 20884 | 05/09/19 | City of Clermont | $326.23 |
| | | **City of Clermont Total** | $326.23 |
| 20749 | 03/28/19 | City of Winter Haven | $751.75 |
| 20885 | 05/09/19 | City of Winter Haven | $826.92 |
| 20976 | 05/16/19 | City of Winter Haven | $751.75 |
| | | **City of Winter Haven Total** | $2,330.42 |
| 20836 | 04/18/19 | Cloud Cover Media Inc. | $149.82 |
| 20886 | 05/09/19 | Cloud Cover Media Inc. | $85.62 |
| 20977 | 05/16/19 | Cloud Cover Media Inc. | $117.40 |
| | | **Cloud Cover Media Inc. Total** | $352.84 |
| 20750 | 03/28/19 | Colonial Life | $724.82 |
| 20868 | 05/02/19 | Colonial Life | $362.64 |
| 21085 | 06/10/19 | Colonial Life | $362.64 |
| | | **Colonial Life Total** | $1,450.10 |
| 20723 | 03/21/19 | Cozzini Brothers, Inc. | $128.40 |
| 20766 | 04/04/19 | Cozzini Brothers, Inc. | $449.40 |
| 20792 | 04/11/19 | Cozzini Brothers, Inc. | $257.40 |
| 20887 | 05/09/19 | Cozzini Brothers, Inc. | $386.40 |
| 20978 | 05/16/19 | Cozzini Brothers, Inc. | $192.30 |
| 21008 | 05/23/19 | Cozzini Brothers, Inc. | $456.11 |
| 21040 | 05/31/19 | Cozzini Brothers, Inc. | $266.29 |
| 21061 | 06/06/19 | Cozzini Brothers, Inc. | $66.34 |
| | | **Cozzini Brothers, Inc. Total** | $2,202.64 |
| 20824 | 04/18/19 | CSX Transportation, Inc. | $3,732.23 |
| | | **CSX Transportation, Inc. Total** | $3,732.23 |
| 20825 | 04/18/19 | Darling International, Inc. | $1,803.88 |
| 20979 | 05/16/19 | Darling International, Inc. | $1,979.39 |
| 21009 | 05/23/19 | Darling International, Inc. | $2,275.38 |
| 21062 | 06/06/19 | Darling International, Inc. | $783.89 |
| | | **Darling International, Inc. Total** | $6,842.54 |
| 20724 | 03/21/19 | Dennis W. Hollingsworth | $1,280.95 |
| | | **Dennis W. Hollingsworth Total** | $1,280.95 |

| 20826 | 04/18/19 | DEPARTMENT OF FINANCIAL SERV | $4,408.76 |
|---|---|---|---|
|  |  | **DEPARTMENT OF FINANCIAL SERV Tot** | $4,408.76 |
| 20751 | 03/28/19 | Division Of Hotels & Restaur | $294.00 |
| 20869 | 05/02/19 | Division Of Hotels & Restaur | $294.00 |
|  |  | **Division Of Hotels & Restaur Total** | $588.00 |
| 20725 | 03/21/19 | Doris Maloy, Tax Collector | $2,647.29 |
|  |  | **Doris Maloy, Tax Collector Total** | $2,647.29 |
| 20726 | 03/21/19 | Doug Belden, Tax Collector | $4,063.10 |
|  |  | **Doug Belden, Tax Collector Total** | $4,063.10 |
| 20727 | 03/21/19 | Downtown Discount Produce | $3,472.67 |
| 20767 | 04/04/19 | Downtown Discount Produce | $13,487.26 |
| 20793 | 04/11/19 | Downtown Discount Produce | $6,386.53 |
| 20837 | 04/18/19 | Downtown Discount Produce | $6,229.75 |
| 20843 | 04/25/19 | Downtown Discount Produce | $7,024.09 |
| 20870 | 05/02/19 | Downtown Discount Produce | $5,965.82 |
| 20880 | 05/09/19 | Downtown Discount Produce | $6,142.73 |
| 20980 | 05/16/19 | Downtown Discount Produce | $2,449.09 |
| 21003 | 05/23/19 | Downtown Discount Produce | $7,337.02 |
| 21041 | 05/31/19 | Downtown Discount Produce | $5,081.79 |
| 21053 | 06/06/19 | Downtown Discount Produce | $9,189.85 |
|  |  | **Downtown Discount Produce Total** | $72,766.60 |
| 20794 | 04/11/19 | Duke Energy | $2,982.26 |
| 20981 | 05/16/19 | Duke Energy | $3,186.22 |
| 21063 | 06/06/19 | Duke Energy | $3,184.63 |
|  |  | **Duke Energy Total** | $9,353.11 |
| 20728 | 03/21/19 | Duval County Tax Collector | $1,086.94 |
|  |  | **Duval County Tax Collector Total** | $1,086.94 |
| 20752 | 03/28/19 | Florida Department of Revenu | $1,427.12 |
|  |  | **Florida Department of Revenu Total** | $1,427.12 |
| 20795 | 04/11/19 | Frank Gay Plumbing, Inc. | $376.96 |
| 20982 | 05/16/19 | Frank Gay Plumbing, Inc. | $763.83 |
| 21064 | 06/06/19 | Frank Gay Plumbing, Inc. | $3,779.38 |
|  |  | **Frank Gay Plumbing, Inc. Total** | $4,920.17 |
| 20729 | 03/21/19 | George Albright | $1,368.57 |
|  |  | **George Albright Total** | $1,368.57 |
| 20796 | 04/11/19 | Greater Winter Haven Chamber | $165.00 |
|  |  | **Greater Winter Haven Chamber Total** | $165.00 |
| 21065 | 06/06/19 | HIREtech | $455.13 |
|  |  | **HIREtech Total** | $455.13 |
| 20768 | 04/04/19 | ISI Commercial Refrigeration | $772.50 |
|  |  | **ISI Commercial Refrigeration Total** | $772.50 |
| 20797 | 04/11/19 | Jacksonville Electric Author | $2,801.86 |
| 20871 | 05/02/19 | Jacksonville Electric Author | $2,741.02 |
| 21042 | 05/31/19 | Jacksonville Electric Author | $2,998.23 |
|  |  | **Jacksonville Electric Author Total** | $8,541.11 |
| 20730 | 03/21/19 | Joe G. Tedder, Tax Collector | $6,568.35 |
|  |  | **Joe G. Tedder, Tax Collector Total** | $6,568.35 |
| 20731 | 03/21/19 | Joel Greenberg, Tax Collecto | $2,202.25 |
|  |  | **Joel Greenberg, Tax Collecto Total** | $2,202.25 |
| 20732 | 03/21/19 | Jolito, Inc. dba SSI Service | $179.20 |
| 20769 | 04/04/19 | Jolito, Inc. dba SSI Service | $1,158.75 |
| 20798 | 04/11/19 | Jolito, Inc. dba SSI Service | $1,311.82 |

| 20827 | 04/18/19 | Jolito, Inc. dba SSI Service | $495.00 |
|---|---|---|---|
| 20844 | 04/25/19 | Jolito, Inc. dba SSI Service | $1,834.07 |
| 20888 | 05/09/19 | Jolito, Inc. dba SSI Service | $1,311.01 |
| 20983 | 05/16/19 | Jolito, Inc. dba SSI Service | $1,387.90 |
| 21010 | 05/23/19 | Jolito, Inc. dba SSI Service | $3,364.54 |
| 21043 | 05/31/19 | Jolito, Inc. dba SSI Service | $1,288.36 |
| 21066 | 06/06/19 | Jolito, Inc. dba SSI Service | $1,544.15 |
| | | **Jolito, Inc. dba SSI Service Total** | $13,874.80 |
| 20872 | 05/02/19 | Kopis, LLC | $4,336.70 |
| | | **Kopis, LLC Total** | $4,336.70 |
| 20733 | 03/21/19 | Lakeland Electric | $3,888.59 |
| 20770 | 04/04/19 | Lakeland Electric | $4,113.98 |
| 20828 | 04/18/19 | Lakeland Electric | $3,374.61 |
| 20889 | 05/09/19 | Lakeland Electric | $4,071.11 |
| 20984 | 05/16/19 | Lakeland Electric | $3,704.81 |
| 21067 | 06/06/19 | Lakeland Electric | $4,043.51 |
| | | **Lakeland Electric Total** | $23,196.61 |
| 20799 | 04/11/19 | Lawns N Order, Inc. | $115.00 |
| 20985 | 05/16/19 | Lawns N Order, Inc. | $115.00 |
| 21044 | 05/31/19 | Lawns N Order, Inc. | $230.00 |
| 21068 | 06/06/19 | Lawns N Order, Inc. | $115.00 |
| | | **Lawns N Order, Inc. Total** | $575.00 |
| 20734 | 03/21/19 | Lee County Tax Collector | $1,434.05 |
| | | **Lee County Tax Collector Total** | $1,434.05 |
| 20735 | 03/21/19 | Lee County Utilities | $370.52 |
| 20829 | 04/18/19 | Lee County Utilities | $343.16 |
| 20986 | 05/16/19 | Lee County Utilities | $169.88 |
| 21069 | 06/06/19 | Lee County Utilities | $70.47 |
| | | **Lee County Utilities Total** | $954.03 |
| 20757 | 04/01/19 | Lucas Clermont Limited PA | $8,655.02 |
| 20845 | 04/25/19 | Lucas Clermont Limited PA | $1,177.14 |
| 20856 | 05/01/19 | Lucas Clermont Limited PA | $8,655.02 |
| 20987 | 05/16/19 | Lucas Clermont Limited PA | $640.20 |
| | | **Lucas Clermont Limited PA Total** | $19,127.38 |
| 20988 | 05/16/19 | M & R Air Conditioning and R | $575.00 |
| 21070 | 06/06/19 | M & R Air Conditioning and R | $278.30 |
| | | **M & R Air Conditioning and R Total** | $853.30 |
| 20771 | 04/04/19 | Massey Services, Inc. | $650.36 |
| 20800 | 04/11/19 | Massey Services, Inc. | $650.36 |
| 21045 | 05/31/19 | Massey Services, Inc. | $192.60 |
| 21071 | 06/06/19 | Massey Services, Inc. | $192.60 |
| | | **Massey Services, Inc. Total** | $1,685.92 |
| 20801 | 04/11/19 | Merit Electric Co Inc. | $269.87 |
| 20989 | 05/16/19 | Merit Electric Co Inc. | $195.12 |
| 21072 | 06/06/19 | Merit Electric Co Inc. | $809.12 |
| | | **Merit Electric Co Inc. Total** | $1,274.11 |
| 20990 | 05/16/19 | Miller Safe & Lock, Inc. | $51.36 |
| | | **Miller Safe & Lock, Inc. Total** | $51.36 |
| 20802 | 04/11/19 | National Exemption Service | $947.80 |
| 20873 | 05/02/19 | National Exemption Service | $501.08 |
| | | **National Exemption Service Total** | $1,448.88 |
| 20803 | 04/11/19 | Office Depot | $282.22 |

| | | | |
|---|---|---|---|
| 21011 | 05/23/19 | Office Depot | $290.24 |
| | | **Office Depot Total** | $572.46 |
| 20736 | 03/21/19 | Old Dominion Insurance Compa | $7,035.85 |
| 20785 | 04/08/19 | Old Dominion Insurance Compa | $7,035.85 |
| 20786 | 04/08/19 | Old Dominion Insurance Compa | $2,434.23 |
| 20874 | 05/02/19 | Old Dominion Insurance Compa | $2,434.23 |
| 21002 | 05/21/19 | Old Dominion Insurance Compa | $2,295.82 |
| 21046 | 05/31/19 | Old Dominion Insurance Compa | $4,730.05 |
| | | **Old Dominion Insurance Compa Total** | $25,966.03 |
| 20804 | 04/11/19 | Onguard | $932.46 |
| 20991 | 05/16/19 | Onguard | $845.89 |
| 21073 | 06/06/19 | Onguard | $684.67 |
| | | **Onguard Total** | $2,463.02 |
| 20737 | 03/21/19 | Orange County Tax Collector | $1,932.74 |
| | | **Orange County Tax Collector Total** | $1,932.74 |
| 20890 | 05/09/19 | Partech, Inc. | $1,437.86 |
| | | **Partech, Inc. Total** | $1,437.86 |
| 20992 | 05/16/19 | Penske Truck Leasing Co., L. | $254.26 |
| | | **Penske Truck Leasing Co., L. Total** | $254.26 |
| 20772 | 04/04/19 | Pepsi - Cola | $5,941.87 |
| 20805 | 04/11/19 | Pepsi - Cola | $2,112.80 |
| 20830 | 04/18/19 | Pepsi - Cola | $2,067.02 |
| 20846 | 04/25/19 | Pepsi - Cola | $6,173.47 |
| 20875 | 05/02/19 | Pepsi - Cola | $2,594.51 |
| 20891 | 05/09/19 | Pepsi - Cola | $1,716.90 |
| 20993 | 05/16/19 | Pepsi - Cola | $2,450.82 |
| 21012 | 05/23/19 | Pepsi - Cola | $3,084.11 |
| 21047 | 05/31/19 | Pepsi - Cola | $1,190.35 |
| 21074 | 06/06/19 | Pepsi - Cola | $3,731.63 |
| | | **Pepsi - Cola Total** | $31,063.48 |
| 20806 | 04/11/19 | Pitney Bowes Global Financia | $121.36 |
| 20847 | 04/25/19 | Pitney Bowes Global Financia | $115.56 |
| | | **Pitney Bowes Global Financia Total** | $236.92 |
| 20831 | 04/18/19 | Protected Trust, LLC | $622.37 |
| 20892 | 05/09/19 | Protected Trust, LLC | $622.37 |
| 21013 | 05/23/19 | Protected Trust, LLC | $279.00 |
| | | **Protected Trust, LLC Total** | $1,523.74 |
| 20876 | 05/02/19 | Punchh, Inc. | $3,150.00 |
| | | **Punchh, Inc. Total** | $3,150.00 |
| 20893 | 05/09/19 | Republic Services, Inc. | $1,111.44 |
| | | **Republic Services, Inc. Total** | $1,111.44 |
| 20773 | 04/04/19 | Restaurant Magic Software | $2,495.00 |
| 20860 | 05/02/19 | Restaurant Magic Software | $750.00 |
| 21048 | 05/31/19 | Restaurant Magic Software | $750.00 |
| | | **Restaurant Magic Software Total** | $3,995.00 |
| 20760 | 04/01/19 | Retail Equities LLC | $4,076.17 |
| 20859 | 05/01/19 | Retail Equities LLC | $6,267.63 |
| | | **Retail Equities LLC Total** | $10,343.80 |
| 20774 | 04/04/19 | Royal Cup | $1,902.70 |
| 20807 | 04/11/19 | Royal Cup | $1,086.22 |
| 20832 | 04/18/19 | Royal Cup | $215.28 |
| 20848 | 04/25/19 | Royal Cup | $1,598.32 |

| | | | |
|---|---|---|---|
| 20894 | 05/09/19 | Royal Cup | $722.02 |
| 21014 | 05/23/19 | Royal Cup | $1,130.22 |
| 21049 | 05/31/19 | Royal Cup | $449.94 |
| 21075 | 06/06/19 | Royal Cup | $322.92 |
| | | **Royal Cup Total** | $7,427.62 |
| 20994 | 05/16/19 | Shirley Hall | $80.00 |
| | | **Shirley Hall Total** | $80.00 |
| 21037 | 05/31/19 | Shraiberg,Landau & Page P.A. | $7,500.00 |
| | | **Shraiberg,Landau & Page P.A. Total** | $7,500.00 |
| 20808 | 04/11/19 | Shred Quick, Inc. | $52.23 |
| 20895 | 05/09/19 | Shred Quick, Inc. | $104.46 |
| 21076 | 06/06/19 | Shred Quick, Inc. | $52.23 |
| | | **Shred Quick, Inc. Total** | $208.92 |
| 20877 | 05/02/19 | Sign-A-Rama, Inc. | $113.40 |
| 20896 | 05/09/19 | Sign-A-Rama, Inc. | $686.93 |
| 20995 | 05/16/19 | Sign-A-Rama, Inc. | $158.34 |
| 21015 | 05/23/19 | Sign-A-Rama, Inc. | $554.23 |
| 21050 | 05/31/19 | Sign-A-Rama, Inc. | $86.67 |
| 21077 | 06/06/19 | Sign-A-Rama, Inc. | $200.63 |
| | | **Sign-A-Rama, Inc. Total** | $1,800.20 |
| 20809 | 04/11/19 | Sun Life Financial | $1,400.84 |
| 20897 | 05/09/19 | Sun Life Financial | $1,236.28 |
| | | **Sun Life Financial Total** | $2,637.12 |
| 20853 | 04/26/19 | SWF Air, Inc. | $550.00 |
| 20907 | 05/09/19 | SWF Air, Inc. | $550.00 |
| 20996 | 05/16/19 | SWF Air, Inc. | $543.50 |
| | | **SWF Air, Inc. Total** | $1,643.50 |
| 20738 | 03/21/19 | Tampa Electric | $4,369.04 |
| 20810 | 04/11/19 | Tampa Electric | $2,658.26 |
| 20878 | 05/02/19 | Tampa Electric | $2,852.82 |
| 20898 | 05/09/19 | Tampa Electric | $3,299.18 |
| 21051 | 05/31/19 | Tampa Electric | $2,748.64 |
| 21078 | 06/06/19 | Tampa Electric | $2,843.54 |
| | | **Tampa Electric Total** | $18,771.48 |
| 20739 | 03/21/19 | The Garden Wholesale | $649.40 |
| 20775 | 04/04/19 | The Garden Wholesale | $2,068.23 |
| 20811 | 04/11/19 | The Garden Wholesale | $616.02 |
| 20833 | 04/18/19 | The Garden Wholesale | $743.42 |
| 20849 | 04/25/19 | The Garden Wholesale | $718.25 |
| 20879 | 05/02/19 | The Garden Wholesale | $672.49 |
| 20899 | 05/09/19 | The Garden Wholesale | $1,156.43 |
| 20997 | 05/16/19 | The Garden Wholesale | $634.92 |
| 21016 | 05/23/19 | The Garden Wholesale | $220.67 |
| 21052 | 05/31/19 | The Garden Wholesale | $1,190.42 |
| 21079 | 06/06/19 | The Garden Wholesale | $567.94 |
| | | **The Garden Wholesale Total** | $9,238.19 |
| 20812 | 04/11/19 | The Icee Company | $181.94 |
| | | **The Icee Company Total** | $181.94 |
| 20776 | 04/04/19 | The Wasserstrom Company | $289.81 |
| 20850 | 04/25/19 | The Wasserstrom Company | $35.85 |
| 20861 | 05/02/19 | The Wasserstrom Company | $724.78 |
| 20998 | 05/16/19 | The Wasserstrom Company | $249.35 |

| | | The Wasserstrom Company Total | $1,299.79 |
|---|---|---|---|
| 20753 | 03/28/19 | UPS | $390.79 |
| 20777 | 04/04/19 | UPS | $1,041.44 |
| 20818 | 04/12/19 | UPS | $1,300.89 |
| 20851 | 04/25/19 | UPS | $274.81 |
| 20900 | 05/09/19 | UPS | $152.00 |
| 20999 | 05/16/19 | UPS | $194.90 |
| 21017 | 05/23/19 | UPS | $148.63 |
| 21080 | 06/06/19 | UPS | $145.26 |
| | | **UPS Total** | $3,648.72 |
| 20740 | 03/21/19 | US Foodservice | $52,083.57 |
| 20754 | 03/28/19 | US Foodservice | $50,150.43 |
| 20778 | 04/04/19 | US Foodservice | $52,020.68 |
| 20813 | 04/11/19 | US Foodservice | $50,091.68 |
| 20838 | 04/18/19 | US Foodservice | $51,440.11 |
| 20852 | 04/25/19 | US Foodservice | $51,503.69 |
| 20862 | 05/02/19 | US Foodservice | $51,807.77 |
| 20906 | 05/09/19 | US Foodservice | $49,007.71 |
| 21000 | 05/16/19 | US Foodservice | $51,108.69 |
| 21004 | 05/23/19 | US Foodservice | $47,918.76 |
| 21021 | 05/30/19 | US Foodservice | $35,661.04 |
| 21054 | 06/06/19 | US Foodservice | $34,333.70 |
| | | **US Foodservice Total** | $577,127.83 |
| 20901 | 05/09/19 | Valutec Card Solutions, LLC | $556.50 |
| | | **Valutec Card Solutions, LLC Total** | $556.50 |
| 20741 | 03/21/19 | Waste Connections of Florida | $1,430.45 |
| 20779 | 04/04/19 | Waste Connections of Florida | $1,003.23 |
| 20834 | 04/18/19 | Waste Connections of Florida | $379.45 |
| 20902 | 05/09/19 | Waste Connections of Florida | $980.04 |
| | | **Waste Connections of Florida Total** | $3,793.17 |
| 20742 | 03/21/19 | Waste Management of Tampa | $662.27 |
| 20814 | 04/11/19 | Waste Management of Tampa | $688.16 |
| 20903 | 05/09/19 | Waste Management of Tampa | $688.16 |
| | | **Waste Management of Tampa Total** | $2,038.59 |
| 20743 | 03/21/19 | Waste Pro of Florida INC | $754.84 |
| 20780 | 04/04/19 | Waste Pro of Florida INC | $426.80 |
| | | **Waste Pro of Florida INC Total** | $1,181.64 |
| 20744 | 03/21/19 | Waste Pro USA - Jacksonville | $382.02 |
| 20835 | 04/18/19 | Waste Pro USA - Jacksonville | $385.63 |
| | | **Waste Pro USA - Jacksonville Total** | $767.65 |
| 20815 | 04/11/19 | Water Boy Inc | $7.49 |
| 20904 | 05/09/19 | Water Boy Inc | $7.49 |
| 21018 | 05/23/19 | Water Boy Inc | $7.49 |
| 21081 | 06/06/19 | Water Boy Inc | $14.98 |
| | | **Water Boy Inc Total** | $37.45 |
| 20745 | 03/21/19 | Wiginton Fire Systems | $243.50 |
| 20816 | 04/11/19 | Wiginton Fire Systems | $174.60 |
| 20905 | 05/09/19 | Wiginton Fire Systems | $552.20 |
| 21001 | 05/16/19 | Wiginton Fire Systems | $379.85 |
| 21019 | 05/23/19 | Wiginton Fire Systems | $206.70 |
| 21082 | 06/06/19 | Wiginton Fire Systems | $22.00 |
| | | **Wiginton Fire Systems Total** | $1,578.85 |

| | | | |
|---|---|---|---|
| 20817 | 04/11/19 | Windstream Corporation | $8,855.09 |
| 20863 | 05/02/19 | Windstream Corporation | $8,452.58 |
| 21055 | 06/06/19 | Windstream Corporation | $4,943.59 |
| | | **Windstream Corporation Total** | $22,251.26 |
| 20758 | 04/01/19 | Winter Haven Citi Centre | $10,885.84 |
| 20857 | 05/01/19 | Winter Haven Citi Centre | $11,174.89 |
| | | **Winter Haven Citi Centre Total** | $22,060.73 |
| 20761 | 04/02/19 | Winter Park Town Center | $17,293.85 |
| 20781 | 04/04/19 | Winter Park Town Center | $332.98 |
| 20864 | 05/02/19 | Winter Park Town Center | $369.12 |
| 21020 | 05/23/19 | Winter Park Town Center | $329.52 |
| | | **Winter Park Town Center Total** | $18,325.47 |
| 21086 | 06/10/19 | Sun Life Financial | $1,772.87 |
| | | **Sun Life Financial Total** | $1,772.87 |

# United States Bankruptcy Court
## Middle District of Florida

In re   **Fresh Alternatives, LLC**                                    Case No. _____
                                   Debtor(s)          Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Banyan Equity Investors II, Inc. 1111 Brickell Ave Suite 1300 Miami, FL 33131** | | **25.8%** | |
| **Banyan Mezzanine Fund II, LP 1111 Brickell Ave Suite 1300 Miami, FL 33131** | | **74.2%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Operating Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date   **June 20, 2019**                         Signature   **/s/ Phil Birkhold**
                                                             **Phil Birkhold**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**Middle District of Florida**

In re    **Fresh Alternatives, LLC** _____    Case No. _____
                                            Debtor(s)        Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Operating Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is
true and correct to the best of my knowledge.

Date:    **June 20, 2019** _____        **/s/ Phil Birkhold** _____
                                            **Phil Birkhold**/**Chief Operating Officer**
                                            Signer/Title

Fresh Alternatives, LLC
1476 Town Center Drive, Suite 219
Lakeland, FL 33803

CH Retail Fund I/Tampa Brandon LLC
c/o Inwood National Bank
PO Box 852664
Richardson, TX 75085

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19114

Bradley S. Shraiberg
Shraiberg Landau & Page PA
2385 NW Executive Center Dr
Suite 300
Boca Raton, FL 33431

City of Clermont
685 W. Montrose Street
Clermont, FL 34711

Internal Revenue Service
Attn: Special Procedures
P.O. Box 34045
Stop 572
Jacksonville, FL 32202

Annie D. Rye
15820 Rye Lane
Tampa, FL 33625

Cloud Cover Media Inc.
999 N. Pacific Coast Hwy
Suite 500
El Segundo, CA 90245

ISI Commercial Refrigeration, Inc.
P.O. Box 654020
Dallas, TX 75265-4020

Banyan Equity
Investors II, Inc.
1111 Brickell Ave
Suite 1300
Miami, FL 33131

Cozzini Brothers, Inc.
350 Howard Avenue
Des Plaines, IL 60018

Jolito, Inc. dba SSI Services
333 N. Falkenburg Rd
Ste B223
Tampa, FL 33619

Banyan Mezzanine Fund II, LP
1111 Brickell Ave
Suite 1300
Miami, FL 33131

DDRTC Market Place LLC
Dept. 107847 30394 20274
P.O. Box 534410
Atlanta, GA 30353-4410

KRG Northdale, LLC
Attn Property Accountant
Northdale Promenade
PO Box 743810
Atlanta, GA 30374-3810

Brixmor GA
Cobblestone Village
at Royal Palm Beach, LLC
305 State Rd 312
Saint Augustine, FL 32086

Downtown Discount Produce
7856 Ellis Road
Melbourne, FL 32904

Lakeland Electric
P.O. Box 32006
Lakeland, FL 33802-2006

Brixmor GA Cobblestone Village
at Royal Palm Beach, LLC
c/o Shumaker Look & Kendrick, LLP
100 E. Kennedy Blvd
Tampa, FL 33602

Facility Concepts
7676 Zionsville Road
Indianapolis, IN 46268

Leland E. Hicks
9218 Metcalf Avenue
#311
Overland Park, KS 66212

Casto-Oakbridge Venture, LTD
C/O Casto
P.O. Box 1450
Cleveland, OH 43216

Florida Department of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668

Lucas Clermont Limited PA
Nat'l Assn Account #4260602807
P.O. Box 1450
Columbus, OH 43216

Centro GA Cobblestone Village at St. Aug
PO Box 713460
Cincinnati, OH 45271-3460

Frank Gay Plumbing, Inc.
6206 Forest City Road
Orlando, FL 32810

Miller Safe & Lock, Inc.
630 N Gary Road
Lakeland, FL 33801

National Exemption Service
P.O. BOX 9020
Clearwater, FL 33758-9020

Securities and Exchange Commission
801 Brickell Ave., Suite 1800
Miami, FL 33131

Walton Signage, Ltd.
d/b/a Walton Signage
10101 Reunion Place, #500
San Antonio, TX 78216

National Janitorial Solutions, Inc.
14000 Commerce Parkway
Suite C
Mount Laurel, NJ 08054

Simon Property Group, LP
MSC#7557 DEPT#CC002194
PO Box 41500
Nashville, TN 37241-7557

Waste Connections of Florida
PO Box 742695
Cincinnati, OH 45274-2695

Office Depot
P.O. Box 633204
Cincinnati, OH 45263-3204

SUSO 4 North Branch LP
Keybank Lockbox Operations
PO Box 74773
Cleveland, OH 44194-4773

Waste Pro USA - Jacksonville
PO Box 865200
Orlando, FL 32886-5200

Office of Attorney General
State of Florida
The Capitol PL-01
Tallahassee, FL 32399-1050

The Garden Wholesale
5400 Longleaf Street
Jacksonville, FL 32209

Water Boy Inc
4454 19th Street Ct E
Bradenton, FL 34203-3775

Pepsi - Cola
Lockbox # 841828
Dallas, TX 75284-1828

United States Attorney General's Office
US Department of Justice
950 Pennsylvania Avenue
Washington, DC 20530-0001

Waterford Lakes Town Center, LLC
Simon Property Group, LP
MSC#7557 Dept #CC002194
PO Box 415000
Nashville, TN 37241-7557

Protected Trust, LLC
P O Box 111

University Park - Phase I Associates
P.O. Box 5148
Winter Park, FL 32793-5148

Waterford Lakes Town Center, LLC
c/o David L. Gold, Esq.
Goldberg Segalla, LLP
777 Brickell Ave, Ste 1370
Miami, FL 33131

Retail Equities LLC
1 Sleiman Parkway
Suite 250
Jacksonville, FL 32216

US Attorney Southern District of Florida
500 South Australian Avenue
Suite 400
West Palm Beach, FL 33401

Windstream Corporation
4001 N Rodney Parham Rd
Little Rock, AR 72212

Royal Cup
PO BOX 841000
Dallas, TX 75284-1000

US Foods, Inc.
7004 E. Hanna Ave
Tampa, FL 33610

Winter Haven Citi Centre
c/o Schmier& Feurring Properties, I
2200 Butts Rd, Suite #300
Boca Raton, FL 33431

SEC Headquarters
100 F Street, NE
Washington, DC 20549

Walton Signage, Ltd.
c/o Pulman Cappuccio
& Pullen, LLP
2161 NW Military Hwy, # 400
San Antonio, TX 78213

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Middle District of Florida

In re **Fresh Alternatives, LLC** _____

Case No. _____

Debtor(s)

Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 49,500.00 |
| Prior to the filing of this statement I have received | $ | 49,500.00 |
| Balance Due | $ | 0.00 |

2. $ **1,717.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June 20, 2019** _____

_Date_

**/s/ Bradley S. Shraiberg** _____

**Bradley S. Shraiberg 121622**

_Signature of Attorney_

**Shraiberg Landau & Page PA**
**2385 NW Executive Center Dr**
**Suite 300**
**Boca Raton, FL 33431**
**561 443 0800  Fax: 561 998 0047**
**bss@slp.law**

_Name of law firm_

---

# United States Bankruptcy Court
## Middle District of Florida

In re   **Fresh Alternatives, LLC**
_____
                                    Debtor(s)

Case No. _____

Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Fresh Alternatives, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 20, 2019**
_____
Date

**/s/ Bradley S. Shraiberg**
_____
**Bradley S. Shraiberg 121622**
Signature of Attorney or Litigant
Counsel for   **Fresh Alternatives, LLC**
_____
**Shraiberg Landau & Page PA**
**2385 NW Executive Center Dr**
**Suite 300**
**Boca Raton, FL 33431**
**561 443 0800 Fax:561 998 0047**
**bss@slp.law**